UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America_____
            )  Crim. No. 06-227-01 (RBW)
    v.       )
DARNELL ANTHONY JACKSON,  )
_____Defendant_____ )

NOTICE OF APPEARANCE

  Nathan I. Silver, appointed by this Court under the Criminal Justice Act, notes his appearance as counsel for defendant in the above-referenced case.

        Respectfully submitted,
           /s/
      Attorney for Darnell Anthony Jackson
         P.O. Box 5757
       Bethesda MD 20824-5757
      (301) 229-0189 (voice & fax)

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a copy of the foregoing Motion has been served this 3rd day of August, 2006, upon S. Elisa Poteat, Esq., assistant U.S. Attorney, Narcotic Crimes Section (U.S. District Court), U.S. Attorney's Office, 555 4th St. NW, Washington DC 20530, and upon all related parties by electronic transmission under the Electronic Court Filing system.

           /s/
        _____
        *Nathan I. Silver*