UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : Criminal No. 06-227 (RBW) |
| | : |
| v. | : |
| | : |
| **DARNELL JACKSON,  ET AL.** | : |
| _____ | : |

ORDER

The Government having filed a motion to exclude time under the Speedy Trial Act, the Court hereby makes the following findings:

1.     Additional time is necessary for the defense counsel to review the evidence, to determine the appropriate motions to be filed, if any, and to fully prepare the defense for trial. The Court finds further that, without such additional time, defense counsel would not be able to effectively represent their respective clients at trial.

2.     Based on the quantity of evidence, the Court finds that this case is "complex" within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii), and that it is unreasonable to expect adequate preparation for pretrial proceedings, and for the trial itself, within the time limits established by the Speedy Trial Act.

3.     Regardless of whether this case is "complex", based upon the quantity of evidence, the Court finds that, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), the failure to provide additional time would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4.     The delay caused by the absence of Defendant Hopkins, Adams, and Hilt caused

an exclusion of time to their co-defendants, and that period of time, which was less than one year, was not unreasonable considering the complexity of the case along with the period three of the defendant remained fugitives.

     5.     Based on the foregoing, the Court finds that the tolling of the Speedy Trial Act serves the ends of justice and outweighs the best interests of the public and the defendants in a speedy trial.

THEREFORE, it is this _____ day of _____, 2007, hereby

ORDERED, that, in accordance with 18 U.S.C. §§ 3161 (h)(8)A), (h)(8)(B)(ii), (h)(8)(B)(iv) and (h)(7), the period of time from at least March 29, 2007 to September 24, 2007 (179 days) shall be excluded from the computation of time within which to commence trial.

                                              REGGIE B. WALTON
                                              UNITED STATES DISTRICT COURT

Copies to: S. Elisa Poteat and Emory V. Cole
Assistant U.S. Attorneys
elisabeth.s.poteat@usdoj.gov and emory.cole@usdoj.gov

Mr. Howard Bernard Katzoff, Esq.
Counsel for Defendant Lawrence Bryant
katzoffh@aol.com

Mr. James W. Rudasill, Jr., Esq.
Counsel for Defendant John Downs
rudasilljr7@aol.com

Ms. Joanne Slaight
Counsel for Defendant Tinesha Adams
njslaight@worldnet.att.net

Mr. Rudy Acree, Esq.
Counsel for Defendant Bernie Hargrove
Faxed to 202-331-7004

Mr. Jensen Barber, Esq.
Counsel for Defendant Keith Roots
jebarber@aol.com


Mr. Joseph Beshouri
Counsel for Defendant Tony Hilt
jbeshouri@aol.com

Mr. Steven J. McCool
Counsel for Defendant Damon Dixon
StevenMccool@mallonandmccool.com