UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 06-227 (RBW) |
| | : | |
| v. | : | Judge Reggie B. Walton |
| | : | |
| DARNELL JACKSON, et al, | : | |
| Defendants. | : | |

**GOVERNMENT'S MOTION FOR EXTENSION
OF TIME TO FILE PRE-TRIAL MOTIONS**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves for extension of time, two weeks, to file pre-trial motions. As grounds for the instant motion, the government states the following:

1. The government's investigation of the narcotics conspiracy in which the defendants participated has uncovered that this large-scale, drug trafficking organization has been operating between California, the District of Columbia, the state of Maryland, and the Commonwealth of Virginia. Agents working on the case estimate that in the last year alone the group was responsible for the distribution of more than 30 kilograms of phencyclidine ("PCP").

2. Currently, the government is in pre-trial discussions with several of the defendants, through their counsel, regarding various issues which require further evaluation.

3. Moreover, because of the complexity of this case and the number of the remaining defendants, the government needs additional time to calculate which intrinsic and extrinsic evidence it will note for trial.

4.     In fact, the government respectfully requests that it be allowed to file any such motions, if any, after the Court has had an opportunity to rule on the government's second motion to exclude time under the Speedy Trial Act, which is currently scheduled for June 25, 2007.

WHEREFORE, the government requests that the filing of any pre-trial motions by the government  be extended for two weeks.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____

EMORY V. COLE
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001
(202) 616-3388