UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-227 (RBW)** |
| | : | |
| v. | : | **Judge Reggie B. Walton** |
| | : | |
| **DARNELL JACKSON, et al,** | : | |
| **Defendants.** | : | |

## ORDER

Upon the government's motion for an extension of time, two weeks, to file any pre-trial motions, the Court hereby Grants said motion, and the new motions date is August ____, 2007.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT COURT