UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-227 (RBW)** |
| | : | |
| v. | : | Judge Reggie B. Walton |
| | : | |
| **DARNELL JACKSON, et al,** | : | |
| Defendants. | : | |

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITIONS TO DEFENDANTS' PRE-TRIAL MOTIONS

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves for an extension of time, one week - until August 1, 2007, to file its oppositions to defendants' pre-trial motions. As grounds for the instant motion, the government states the following:

1. The government's investigation of the narcotics conspiracy in which the defendants participated has uncovered that this large-scale, drug trafficking organization has been operating between California, the District of Columbia, the state of Maryland, and the Commonwealth of Virginia. Agents working on the case estimate that in the last year alone the group was responsible for the distribution of more than 30 kilograms of phencyclidine ("PCP").

2. Currently, the government is prepared to file its motion to include the intrinsic and extrinsic evidence on the noted scheduled date issued by the Court for July 26, 2007, and the government is in continued pre-trial discussions with several of the defendants, through their counsel, regarding various issues.

3. Moreover, because of the complexity of this case and the number of defense motions filed, the government needs additional time of one week to complete its oppositions to the defendants' lengthy pre-trial motions.

4. Indeed, the government respectfully requests that it be allowed to file its oppositions to defendants' motions on or before August 1, 2007.

WHEREFORE, the government requests that the filing of its oppositions to defendants' motions be extended one week until on or before August 1, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____/s/_____
EMORY V. COLE
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001
(202) 616-3388