UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA   ) | |
| v.                                                          ) | CRIMINAL NO. 06-227 (RBW) |
| DARNELL JACKSON, ET. AL              ) | |
| Defendants.                                         ) | |

## ORDER

**WHEREFORE**, having reviewed the Government's Notice of Extrinsic, Intrinsic and Other Crimes Evidence, it is hereby

**ORDERED** that the evidence for which the government has provided notice will be admissible in the Government's case in chief.

_____
REGGIE B. WALTON, JUDGE
UNITED STATES DISTRICT COURT
 FOR THE DISTRICT OF COLUMBIA