UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 06-227 (RBW) |
|---|---|---|
| v. | : | Judge Reggie B. Walton |
| DARNELL JACKSON, et al, Defendants. | : | |

## ORDER

Upon the government's motion for an extension of time, one week, to file its oppositions to defendants' pre-trial motions, the Court hereby Grants said motion, and the new motions date for the government's oppositions is on or before August 1, 2007.

July 26, 2007

_____
REGGIE B. WALTON
UNITED STATES DISTRICT COURT