UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-227 |
| | : | |
| v. | : | |
| | : | |
| DARNELL JACKSON, ET. AL | : | |

## GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE MOTIONS

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests for an enlargement of time in which to file motions. As grounds for this request, the government states as follows:

1.  The government's response to the defendants' motions is due today, August 1, 2007.

2.  The government has been involved in some negotiations which will make the filing of certain motions responses moot.

3.  Therefore the government would like until August 10, 2007 to file its response to the defendants' motions.

WHEREFORE, the government requests an additional 10 days in which to file motions.

Respectfully submitted,

JEFFREY TAYLOR
United States Attorney
Bar No. 498-610

_____

S. Elisa Poteat
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20001
Bar. No. 420-604

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendants below.

_____
S. Elisa Poteat
Assistant United States Attorney

Defense Counsel:
1) Mr. Howard Bernard Katzoff, Esq.
   Counsel for Defendant Lawrence Bryant
   katzoffh@aol.com

2) Mr. James W. Rudasill, Jr., Esq.
   Counsel for Defendant John Downs
   rudasilljr7@aol.com

3) Mr. Nathan Silver, Esq.
   Counsel for Defendant Darnell Jackson
   nisquire@aol.com

4) Mr. Rudy Acree, Esq.
   Counsel for Defendant Bernie Hargrove
   Faxed to 202-331-7004

5)   Mr. Jensen Barber, Esq.
     Counsel for Defendant Keith Roots
     jebarber@aol.com

6)   Mr. Gary Sidell, Esq.
     Counsel for Defendant Lanika Mercedes Franklin
     suitcase@verizon.com

7)   Mr. Harry Tun
     Counsel for Defendant Troy Chavious
     Tunharry@aol.com

8)   Mr. Steven J. McCool
     Attorney for Defendant Damon Dixon
     smccool@mallonandmccool.com

9)   Mr. Cary Clennon
     Attorney for Defendant Troy Hopkins
     Clennon_law@comcast.net