UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-227** |
| | : | |
| v. | : | |
| | : | |
| **DARNELL JACKSON, ET. AL** | : | |

### ORDER

Having reviewed the government's motion for enlargement of time (10 days) in which to file motions reponses, it is hereby

ORDERED that the period of time in which to file motions is enlarged by 10 days. It is further

ORDERED that motions shall be filed by Friday August 10, 2007.

_____
Date

_____
REGGIE B. WALTON, JUDGE
UNITED STATES DISTRICT COURT
 FOR THE DISTRICT OF COLUMBIA

cc:
Elisa Poteat and
Emory Cole
Assistant U.S. Attorneys
elisabeth.s.poteat@usdoj.gov
emory.cole@usdoj.gov

    Defense Counsel:
1)    Mr. Howard Bernard Katzoff, Esq.
    Counsel for Defendant Lawrence Bryant
    katzoffh@aol.com

2)    Mr. James W. Rudasill, Jr., Esq.
    Counsel for Defendant John Downs
    rudasilljr7@aol.com

3)	Mr. Nathan Silver, Esq.
	Counsel for Defendant Darnell Jackson
	nisquire@aol.com

4)	Mr. Rudy Acree, Esq.
	Counsel for Defendant Bernie Hargrove
	Faxed to 202-331-7004

5)	Mr. Jensen Barber, Esq.
	Counsel for Defendant Keith Roots
	jebarber@aol.com

6)	Mr. Gary Sidell, Esq.
	Counsel for Defendant Lanika Mercedes Franklin
	suitcase@verizon.com

7)	Mr. Harry Tun
	Counsel for Defendant Troy Chavious
	Tunharry@aol.com

8)	Mr. Steven J. McCool
	Attorney for Defendant Damon Dixon
	smccool@mallonandmccool.com

9)	Mr. Cary Clennon
	Attorney for Defendant Troy Hopkins
	Clennon_law@comcast.net