# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 06-227 (RBW) |
| | : | |
| v. | : | Judge Reggie B. Walton |
| | : | |
| | : | |
| TROY ANTOINE HOPKINS, | : | |
| TINESHA DENISE ADAMS, | : | |
| LAWRENCE BRYANT, | : | |
| JOHN DOWNS, III, | : | |
| BERNIE HARGROVE, | : | |
| Defendants. | : | |

### GOVERNMENT'S NOTICE OF ITS INTENT TO CALL FORENSIC CHEMIST

The United States hereby gives notice to the parties of its intent to call forensic chemist as a witness in the above-mentioned case. The chemist, Steven M. Demchuk, is a forensic chemist employed by the Drug Enforcement Administration (DEA) and that he would be qualified by education, training and experience to render an expert opinion concerning the identity of the substances seized in this case. If he was called to testify in this trial, he would state under oath, in part, as follows.[1]

**Steven M. Demchuk:**

The exhibits listed below are plastic heat-sealed FBI evidence bags and boxes. Each one has been assigned a unique identification number and each was received by the DEA Mid-Atlantic Laboratory on the dates noted on the DEA 7 reports. When received, each FBI exhibit was secured by an FBI evidence sticker, and showed no signs of tampering. Inside each exhibit containing various kinds of packaging and bottles and plastic containers, which in turn contained an amount of

---

[1] The government would be prepared to take a stipulation to the above-mentioned testimony of the forensic chemist.

substances or items to be chemically analyzed to determine its nature and volume.  After receiving

each exhibit, Steven M. Demchuk, DEA forensic chemist assigned to analyze the contents of each

exhibit, examined it and found that the bottles were intact and that the exhibit showed no signs of

tampering.  Mr. Demchuk opened each exhibit and removed the contents.  He performed a chemical

analysis on the substances or items found inside the interior packaging in each exhibit.  The results

of the chemical analysis for each substance are listed below, along with the purity of the controlled

substance found.  Mr. Demchuk identified each controlled substance to a scientific certainty.  After

completing the analysis, Mr. Demchuk placed the items into a secure vault at the DEA for pickup

by the FBI.  The government exhibits analyzed by Mr. Demchuk are the following:

| Exhibit | Laboratory Number | Item | Results of Analysis |
|---------|-------------------|------|---------------------|
| 3 | W14761 | 2 bottles with total weight 1800 ml (1425 g) | calculated PCP total from total amount seized 78.3 g  conc or purity 55 mg/ml |
| 4 | W14922 | 11 bottles with total weight  4225 ml (3285.7 g) | calculated PCP total from total amount seized 215.4 g conc or purity 51 mg/ml |
| 5 | W14923 | 9 bottles with total wight 4135 ml (3225g) | calculated PCP total from total amount seized 243.9 g  conc or purity 59 mg/ml |
| 6 | W14965 | 1 bottle with total weight 1000 ml (774.3 g) | calculated PCP total from total amount seized 36.0 g  conc or purity 36 mg/ml |

| Exhibit | Laboratory Number | Item | Results of Analysis |
|---|---|---|---|
| 7.01 | W15192 | 1 plastic container w/glass vial total weight 300 ml (219g) | calculated PCP total from total amount seized 6.9 g conc or purity 23 mg/ml |
| 7.02 | W15192 | 1 plastic container w/glass vial total weight 100 ml (96 g) | calculated PCP total from total amount net amount 5.5 ml (5.3 g) conc or purity n/a |
| 8 | W15644 | 1 glass bottle containing net total weight residue | calculated PCP total from total amount net amount residue  conc or purity n/a |
| 11.02 | W15647 | 1 metal can containing 2 vials (11.01 -1 vial & 11.02 -1 vial) | calculated PCP total from exhibit 11.02 total amount net amount 2.8 ml (3.0 g) conc or purity n/a |

WHEREFORE, the United States, by its counsel, respectfully gives notice to the parties of its intent to call forensic chemist, Steven M. Demchuk, as a witness in the above-mentioned case.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney


_____/s/_____
EMORY V. COLE
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001
(202) 616-3388