```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA    :
                            :
                            :   Criminal No. 06-227-02 (RBW)
           v.               :   Judge Walton
                            :
TROY ANTOINE HOPKINS        :
```

### O R D E R

This matter comes before the Court on the motion of Defendant Troy Antoine Hopkins For Leave to Join and Adopt Motions Previously Filed By His Co-defendants and in a Related Case. It appears in the premises, having considered the respective positions of the parties, that the requested relief is warranted and appropriate.

Therefore, it is this _____ day of September, 2007, hereby **ORDERED**, that Defendant Troy Antoine Hopkins shall be granted leave to join and adopt the following motions previously filed by his co-defendants in this matter and in a related case:

**MOTIONS FILED BY DEFENDANT LAWRENCE BRYANT**

1. Motion for Bill of Particulars (Doc. 136).
2. Motion to Compel Disclosure of Promise of Immunity, Leniency or Preferential Treatment and Disclosure of Exculpatory Information   (Doc. 137).

3. Motion to Suppress electronic Surveillance Evidence and Tangible Evidence (Doc. 138)

4. Motion for Notice of Identifications and for Suppression of Identification Testimony (Doc. 139).

**MOTIONS FILED BY DEFENDANT BERNIE HARGROVE**

1. Motion for Identity of Informant (Doc. 115).

2. Motion for Discovery of Co-Defendant and Co-Conspirator Statements (Doc. 116).

3. Motion for Preliminary Determination of Conspiracy and Pretrial Ruling on Admissibility of Co-Conspirator's Statements (Doc. 117).

**MOTIONS FILED BY DEFENDANT DAMON RASHAWN DIXON**

1. Motion for Release of Brady Materials, Early Production of Jencks Materials and Disclosure of Informant (Doc. 27)

2. Motion to Preclude Impeachment of Defendant (Doc. 28)

3. Motion to Preclude Admission of Co-Conspirator Statements (Doc. 31).

4. Motion to Exclude Witnesses Prior to and During the Trial of this case and to Disclose all Instances Where Witnesses were Interviewed Jointly (Doc. 32).

5. Motion to Disclose Information Regarding Contact Between Any Jailhouse Informants and Defendant (Doc. 34).

6. Motion for Notice of Government's Intention to Rely on FRE 807 (Doc. 36).

7. Motion to Permit Counsel to Question Jurors During Voir Dire (Doc. 38).

8. Motion to Identify Witnesses With Juvenile Adjudications and Pending Juvenile Proceedings And to Inspect Juvenile Files (Doc. 39).

9. Motion for Pre-Trial Production of Evidence Admissible to Attack the Credibility of Co-Conspirator Declarants not to be Called as Witnesses (Doc. 40).

**IT IS SO ORDERED.**

                                                        _____
                                                        REGGIE B. WALTON
                                                United States District Judge