UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :
                                :
        v.                      :    Criminal No. 06-227-021 (RBW)
                                :
TROY ANTOINE HOPKINS            :

DEFENDANT'S MOTION
TO CONTINUE SENTENCING HEARING

    Defendant Troy Antoine Hopkins, by and through undersigned counsel and pursuant to Federal Rule of Criminal Procedure 12 and Local Criminal Rule 57.2(b) respectfully moves this honorable Court to continue the sentencing hearing now scheduled for April 4, 2004.  In support thereof, counsel states:

    1.  Undersigned counsel has had difficulty arranging a mutually agreeable time to be present for the client PSR interview by U.S. Probation Officer Kelli Cave.  Counsel has been continually in trial in three matters since January 23, 2008, and only recently able to successfully schedule the PSR interview.

    2.  Probation Officer Cave has been unable to comply with the Court's deadlines in this matter due to counsel's unavailability.  The interview is now scheduled for this week.

    3.  Assistant United States Attorney Elisa Poteat has no objection to this request.  The United States does not object to the suggested continued dates of May 9, May 16, or May 30, 2008.

WHEREFORE, for good cause shown, undersigned counsel moves this honorable court to continue the sentencing hearing in this matter to May 9, 2008, or another date convenient to the Court and parties.

Respectfully submitted,

_____/s/_____
CARY CLENNON  #366816
Counsel for Troy Antoine Hopkins
Appointed by the Court

P.O. Box 29302
Washington, D.C.  20017
(202) 269-0969

CERTIFICATE  OF  SERVICE

This is to certify that copies of the foregoing motion and proposed Order have been served by delivering electronic files for service by ECF this eighteenth day of March, 2008.

_____/s/_____
CARY CLENNON