UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-227 (RBW)** |
| | : | |
| v. | : | Judge Reggie B. Walton |
| | : | |
| **JOHN DOWNS III,** | : | |
| Defendant. | : | |

### GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITIONS TO DEFENDANT'S MOTION FOR NEW TRIAL

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves for an extension of time, on or about August 15, 2008, to file its oppositions to defendant's motion for new trial. As grounds for the instant motion, the government states the following:

1. The government's investigation of the narcotics conspiracy in which the defendant and others participated uncovered a large-scale drug trafficking organization which had been operating between California, the District of Columbia, the state of Maryland, and the Commonwealth of Virginia. Agents working on the case estimate that the group was responsible for the distribution of well over 30 kilograms of phencyclidine ("PCP").

2. On or about October 2, 2007, a jury trial commenced for the defendant and his co-defendants who were charged in this conspiracy. On or about November 27, 2007, the jury returned a verdict of guilty for the above-mentioned defendant of conspiracy to distribute and possess with intent to distribute one kilogram or more of phencyclidine (PCP), in violation of 21 U.S.C., § 846.

3. On or about January 21, 2008, the Court appointed new counsel, Mark J. Carroll, Esq., to represent the defendant in any post trial and sentencing matters.

4. Subsequently, counsel filed at motion for a new trial, and he has raised several alleged points of error at trial, including allegations of conflict of interest and claims of ineffective assistance of counsel which will require counsel for the government to respond appropriately to the issues raised by the defendant.

5. Consequently, counsel for the government need additional time, until on or about August 15, 2008, to complete its opposition to the defendants lengthy post-trial motion.

6. Counsel for the defendant said that he does not oppose this motion.

WHEREFORE, the government requests that the filing of its oppositions to defendant's motion for new be extended to on or about August 15, 2008.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
Bar. No 498-610

By: _____/s/_____
EMORY V. COLE
S. ELISA POTEAT
Assistant United States Attorneys
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room 4312
Washington, D.C. 20503
(202) 616-3388
Emory.Cole@usdoj.gov