# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-227 (RBW)** |
| | : | |
| **v.** | : | **Judge Reggie B. Walton** |
| | : | |
| **JOHN DOWNS III,** | : | |
| **Defendant.** | : | |

## ORDER

Upon the government's motion for an extension of time to file its oppositions to the defendant's motion for new trial, the Court hereby Grants said motion, and the new date for the government's oppositions will be due on August 15, 2008.

_____
REGGIE B. WALTON, JUDGE
UNITED STATES DISTRICT COURT
 FOR THE DISTRICT OF COLUMBIA